[No. 7965–1–III. Division Three. October 15, 1987.]

*In the Matter of the Marriage of* VERA WILSON, *Appellant, and* CLYDE E. WILSON, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 330247D, Evan E. Sperline, J., entered July 8,

1986. *Reversed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.